111 F.3d 126
 Sol Gross, Panther Hollow Corporation
v.
City of Pittsburgh, Board of Standards and Appeals, Oakland
Directions, Inc., Boundary Street Block Club, Elizabeth D.
Kieffer, Ronald Homa, Daniel Pasquerelli, Delores Homa,
Jonathan Robinson, Robert L. Casciato, City of Pittsburg;
Sol Gross, Panther Hollow Corporation v. City of Pittsburgh,
Board of Standards and Appeals, Oakland Directions, Inc.,
Boundary Street Block Club, Elizabeth D. Kieffer, Ronald Homa, Daniel
 NOS. 96-3242, 96-3267
 United States Court of Appeals,
Third Circuit.
 Mar 14, 1997
 Appeal From: W.D.Pa. ,No.9101895
 
 1
 Affirmed in part, Dismissed in part.